

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-19-00053-CR

Robert **GARCIA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13227
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to file Brief is hereby GRANTED. The Appellant's brief is deemed filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.

KEITH E. HOTTLE,
Clerk of Court